STEPHEN F. BIEGENZAHN (State Bar No. 60584)
**THE LAW OFFICES OF STEPHEN F. BIEGENZAHN**
611 W 6th St Ste 850
Los Angeles CA  90017-3101
Telephone:  (213) 617-0017
Facsimile:  (480) 247-5977
Email: Steve@SFBLAW.COM

**[Proposed] Counsel for Debtor**

FILED & ENTERED

JUN 16 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY speters    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| In re | Case No.: 2:10-bk-17022-VZ |
|---|---|
| **MICHAEL JOHN SULLIVAN**, an individual, | Chapter 11 |
| Debtor. | **ORDER APPROVING EMPLOYMENT OF GENERAL BANKRUPTCY COUNSEL FOR DEBTOR** |
| | Date:   [No Hearing Required]<br>Time:<br>Ctrm: |

Based on the matters set forth in the Application For Approval Of Employment Of General Bankruptcy Counsel ("Application") filed on behalf of the above-captioned debtor in possession in its chapter 11 case, as well as the Declaration Re Non-opposition [etc.] of Stephen F. Biegenzahn, the Supplemental Declaration of Stephen F. Biegenzahn Re Non-opposition [etc.], and all other relevant documents on file in the above-captioned chapter 11 case; good cause appearing, it is

ORDER APPROVING EMPLOYMENT OF GENERAL BANKRUPTCY COUNSEL

1

1 **ORDERED** that the Application and the employment to which it pertains
2 approved effective from and after February 26, 2010.

# # #

DATED: June 16, 2010

_____
United States Bankruptcy Judge

ORDER APPROVING EMPLOYMENT OF GENERAL BANKRUPTCY COUNSEL

2

# PROOF OF SERVICE

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 611 W. 6th St., Suite 850, Los Angeles, CA 90017-3101.

A true and correct copy of the foregoing document described as **ORDER APPROVING EMPLOYMENT OF ORDER APPROVING EMPLOYMENT OF GENERAL BANKRUPTCY COUNSEL.**

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Orders and Local Bankruptcy Rules, the foregoing document will be served by the court via NEF and hyperlink to the document until it is entered. On April 20, 2010, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Not applicable.

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**

On May 6, 2010, I served the following person at the last known address in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Chambers of the Honorable Vincent Zurzolo
United States Bankruptcy Court, Room 1360
255 East Temple Street
Los Angeles, CA 90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 16, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 6, 2010 | Stephen F. Biegenzahn | /s/ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

ORDER APPROVING EMPLOYMENT OF GENERAL BANKRUPTCY COUNSEL

3

611 W 6th St., Ste 850, Los Angeles, CA 90017-3101
Telephone: (213) 617-0017  Facsimile: (480) 247-5977

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER APPROVING EMPLOYMENT OF GENERAL BANKRUPTCY COUNSEL** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of April 20, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Paul S Arrow    parrow@buchalter.com, ifs_filing@buchalter.com
- Stephen F Biegenzahn    efile@sfblaw.com
- Dare Law    dare.law@usdoj.gov
- Joe M Lozano    notice@NBSDefaultServices.com
- Ramesh Singh    claims@recoverycorp.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Gilbert B Weisman    notices@becket-lee.com

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

611 W 6th St., Ste 850, Los Angeles, CA 90017-3101
Telephone: (213) 617-0017   Facsimile: (480) 247-5977